# UNITED STATES DISTRICT COURT
# DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| NATHAN STILLSMOKING,<br><br>Plaintiff,<br><br>vs.<br><br>BRIAN SMAIL *et al.*,<br><br>Defendant. | CV-21-89-GF-BMM-JTJ<br><br>ORDER GRANTING DEFENDANTS OFFICE OF PUBLIC DEFENDER'S AND DEAN KOFFLER'S MOTION TO DISMISS UNDER RULE 12(b), FED.R.CIV.P. |

Defendants Office of Public Defender and Dean Koffler have moved under Rule 12(b), Fed.R.Civ.P., to be dismissed from the above-captioned action. The Motion being unopposed and for good cause otherwise appearing,

IT IS ORDERED that Defendants Office of Public Defender's and Dean Koffler's Motion is GRANTED and they are hereby DISMISSED from this action.

Dated this 8th day of September, 2021.

_____
John Johnston
United States Magistrate Judge