IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| NATHAN STILLSMOKING, | CV-21-89-GF-BMM |
| Plaintiff, | |
| | **ORDER** |
| vs. | |
| BRIAN SMAIL; JOSH GARNER; PHILIP WILBERDING; CITY OF GREAT FALLS; and DOES 1-10, | |
| Defendants. | |

Upon the Stipulation for Dismissal With Prejudice, (Doc. 25) and with good cause shown, IT IS HEREBY ORDERED that this case is DISMISSED with each party to bear their own costs and fees.

DATED this 22nd day of August, 2022.

Brian Morris, Chief District Judge
United States District Court